# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

WISCONSIN LABORERS HEALTH FUND,
BUILDING AND PUBLIC WORKS LABORERS
VACATION FUND, MILES MERTENS,
BUILDING TRADES UNITED PENSION TRUST FUND,
and NACARCI FEASTER,

          Plaintiffs,

v.                                    Case No. 08-C-0047

GREAT LAKES EXCAVATING, INC.,

          Defendant.

## ORDER FOR JUDGMENT

Request and application for default judgment brought by the Plaintiffs in the above-captioned action were submitted to the Court and filed with the clerk.

The Court, having duly heard all issues and a decision having been duly rendered, **ORDERS** as follows:

    1.    Defendant Great Lakes Excavating, Inc. has failed to plead or otherwise defend as provided by Rule 55(a) of the Fed. R. Civ. P.

    2.    Great Lakes Excavating, Inc. violated the Labor-Management Relations Act of 1947, as amended, as well as the Employee Retirement Income Security Act of 1974, as amended, and the effective collective bargaining agreement by failing to pay fringe benefit contributions on behalf of its employees to the Plaintiff Funds.

    3.    As a result of Defendant's failure, Plaintiffs are entitled to damages consisting of unpaid liquidated damages, interest attorney fees and costs.

4. The court assesses the total damages to the Plaintiffs in the sum of $11,130.37.

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to enter judgment in favor of Plaintiffs, Wisconsin Laborers Health Fund, Building and Public Works Laborers Vacation Fund, Miles Mertens, Building Trades United Pension Trust Fund, and Nacarci Feaster, and against Defendant Great Lakes Excavating, Inc., in the amount of $11,130.37 together with interest at the rate allowed by law.

Dated at Milwaukee, Wisconsin, this 18th day of March, 2008.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge